UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHERI K. BOEHMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CV577 HEA |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| Defendant. | ) | |

## <u>OPINION,  MEMORANDUM AND ORDER</u>

This matter is before the Court for judicial review of the final decision of

defendant Commissioner of Social Security denying the application of plaintiff for

disability benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401, *et*

*seq*., and for supplemental security income (SSI) benefits under Title XVI fo the act,

42 U.S.C. §§ 1381, *et seq*.  The Court referred this matter to United States

Magistrate Judge David D. Noce for a Report and Recommendation on all pretrial

matters pursuant to 28 U.S.C. § 636(b).  On September 7, 2005, Judge Noce filed

his Report and Recommendation that the decision of the Commissioner be affirmed

under sentence 4 of 42 U.S.C. § 405(g).  No objections to the recommendation have

been filed by either party.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Judge Noce as set forth in his Report and Recommendation of September 7 2005.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is affirmed under sentence 4 of 42 U.S.C. § 405(g).

Dated this 27th day of September, 2005.

_____
    HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE